**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**
**Sandra Ullan**
**XXX-XX-6809**
**Debtor(s). /**

**PROCEEDINGS UNDER CHAPTER 13**
**CASE NO.: 16-23029-BKC-AJC**

## MOTION TO REINSTATE CHAPTER 13 CASE

**COMES NOW**, the Debtor, Sandra Ullan, by and through the undersigned counsel and files this Motion to Reinstate Chapter 13 Case and states as follows:

1. That the Debtor filed for Chapter 13 bankruptcy relief on September 23, 2016.
2. That the instant case was dismissed on February 13, 2016 [Docket Entry #29] for failure to remain current in the Chapter 13 Plan payments.
3. That the undersigned is holding $2,263.76 which brings debtor current in her Chapter 13 Plan payments as of the filing of the Motion.

**WHEREFORE**, Debtor, Sandra Ullan, respectfully requests to this court that this Motion to Reinstate Chapter 13 Case be GRANTED.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted:

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

/s/ (FILED ECF)
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992