

**ORDERED in the Southern District of Florida on March 28, 2017.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.:  16-23029-BKC-AJC
PROCEEDING UNDER CHAPTER 13

**IN RE:**

SANDRA ULLAN

DEBTOR_____/

### ORDER DENYING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL

   **THIS CASE** came to be heard on March 21, 2017 on the Debtor's to Reinstate Case and based on the record, it is

   **ORDERED as follows:**

1.  The  Motion be, and the same is hereby, **DENIED**.

2.  The Order Dismissing this case, dated **February 13, 2017**, is hereby re-affirmed and said order remains in full force and effect.

###

ORDER DENYING DEBTOR'S MOTION TO VACATE ORDER OF DISMISSAL
CASE NO.:  16-23029-BKC-AJC

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
SANDRA ULLAN
15440 SW 57 TER
MIAMI, FL  33193

**ATTORNEY FOR DEBTOR**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

**PATRICK L. CORDERO, ESQUIRE** is directed to mail a conformed copy of this Order to all creditors and interested parties, immediately upon receipt thereof.